# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:25-cr-426-ACA-JHE** |
| | ] | |
| **DIEGO ANDRES** | ] | |
| **ORTEGA-PESQUERA,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## ORDER

Defendant **Diego Andres Ortega-Pesquera** has entered pleas of guilty to Counts one, two, and three of the superseding indictment. On May 21, 2026, the magistrate judge entered a report recommending that the court accept the guilty pleas. (Doc. 33). Mr. Ortega-Pesquera has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the pleas.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this June 22, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE